2

C. B. ODOM v. STATE. (No. 9265.) (Court of Criminal Appeals of Texas. Feb. 25, 1925.) Appeal from District Court, Lavaca County; Lester Holt, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for driving an automobile upon the street while under the influence of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. The indictment appears regular. The record is before us without statement of facts or bills of exception. No fundamental error has been discovered or pointed out. The judgment is affirmed.

3

Paul A. ARNOLD, Appellant, v. M. J. SEGAL et al., Appellees. (No. 1700.) (Court of Civil Appeals of Texas. El Paso. March 19, 1925.) Appeal from District Court, Stephens County; C. O. Hamlin, Judge. James G. Harrell and Jackson & Shields, all of Breckenridge, for appellant. Leaverton & Hardy and V. L. Shurtleff, all of Breckenridge, for appellees.

WALTHALL, J. In this case appellant sued appellees, a copartnership composed of M. J. Segal, Nate Rosenbaum, and Sam Segal, for damages on account of certain libelous matter alleged to have been printed and published by appellees of and concerning him. Appellees answered in the suit. The case was tried, and a verdict returned and judgment entered in 1923, in appellees' favor. Appellant duly filed a motion for a new trial, which was overruled, and appellant excepted, and gave notice of and perfected his appeal. Briefs have not been filed in this court by any of the parties. The appeal is dismissed, because of the appellant's failure to brief the case. Rule 38, 230 S. W. viii; Smith v. Spearman (Tex. Civ. App.) 249 S. W. 252. Dismissed.

4

H. W. BARTON et al., Appellants, v. H. W. ROBBINS, Appellee. (No. 7304.) (Court of Civil Appeals of Texas. San Antonio. March 4, 1925. Rehearing Denied March 25, 1925.) Appeal from Cameron County Court; Oscar C. Dancy, Judge. A. L. Lewis, of Harlingen, for appellant. John C. Myrick, of Harlingen, for appellee.

FLY, C. J. Appellee sued appellants for the value of certain broomcorn, of the value of $227.25, converted by them. The cause was tried by jury, and resulted in a verdict and judgment for $227.25. Appellants have no assignment of error in the record, and consequently none in the brief. There is no error apparent of record. It is a plain case of the appropriation and conversion of 10 bales of broomcorn, of the value found by the jury, by appellants, and the deprivation of the appellee of the value of the same. The entire testimony, even that of H. M. Barton, tends to show a simple case of conversion. The appeal has no grounds upon which to rest. The judgment is affirmed.

5

CONTINENTAL GASOLINE & OIL COMPANY, Appellant, v. FRANKLIN FIRE INSURANCE COMPANY OF PHILADELPHIA. (No. 3018.) (Court of Civil Appeals of Texas. Texarkana. Feb. 19, 1925.) Appeal from Bowie County Court; O. B. Pirkey, Judge. Keeney & Dalby, of Texarkana, for appellant. Rodgers & Rodgers, of Texarkana, for appellee.

PER CURIAM. The testimony of appellant's own witnesses authorized the trial court to assume that the settlement with the insured did not constitute a legal defense to this suit by the fire insurance company. For that reason, there was no error in refusing to submit the special issue requested. The evidence was such that a jury might find that the fire was caused by the negligence of appellant's agent. The judgment will therefore be affirmed.